Sealed _____

Unsealed  **X**

**Personal Data Sheet**   USAO#  **2011R01544**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

RELATED CASE ____ YES __X__ NO
CASE NO. _____

**A11CR 089 LY**

| County: | **TRAVIS** | **AUSTIN** Division | Judge: |
|---|---|---|---|
| Date: | **2/15/11**  Mag Ct.# | SSN: | FBI#: **747545NB4** |

Case No.: _____   Assistant U. S. Attorney: **Mark Lane**

Defendant: **SEAN GLEN MCNIECE**   Date of Birth: **Redacted**

Address: _____

| Citizenship: | United States **X** | Mexican ____ | Other ____ |
|---|---|---|---|

Interpreter Needed: Yes ____  No **X**   Language ____

Defense Attorney: _____   Employed ____

Address of Attorney: _____   Appointed ____

Defendant is:  In Jail ____   Where: _____

On Bond ____   Amt. of Bond ____   Where: _____

Date of Arrest: _____   Bench Warrant Needed ____

Prosecution By:   Information ____   Indictment **X**

Offense (Code & Description): **Counts 1-8 -- 18 U.S.C. § 1951 - Interference w/Commerce by Robbery; Counts 9-10 -- 18 USC § 2113(a) - Bank Robbery**

Offense Is:   Felony **X**   Misdemeanor ____

Maximum Sentence: **Counts 1-8 -- Up to 20 yrs imprisonment; a $250,000 fine; TSR of not more than 5 yrs; Counts 9-10 - Not less than 20 yrs imprisonment; up to $250,000 fine; up to 5 yrs TSR; $100 mandatory VCA each count**

Penalty is Mandatory:   Yes **X**   No ____
As to special assessment

Remarks: _____